UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br>  v.<br><br>SAMANTHA FLEISCHACKER,<br><br>     Defendant. | CASE NO. 2:26-cr-00090-LK<br><br>ORDER GRANTING IN PART DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS |

This matter comes before the Court on Defendant Samatha Fleischacker's Motion to Extend Pretrial Motions Deadline. Dkt. No. 18. Ms. Fleischacker is charged with one count of conspiracy to commit wire fraud, numerous counts of wire fraud (gift cards and debit cards), and one count of aggravated identity theft. Dkt. 1 at 1–8. She has pled not guilty to the charges and requested discovery. Dkt. 11. She was released on bond, and trial is scheduled for August 3, 2026, with pretrial motions due by June 16, 2026. *Id.*

Ms. Fleischacker seeks to extend the pretrial motions deadline from June 16, 2026 to June 30, 2026 because the case was recently assigned to her counsel, Dkt. Nos. 16–17, who "will be out of the office for training the next two weeks, until right before the current pretrial motions

deadline," Dkt. No. 18 at 1. She avers that "[c]ounsel needs more time to talk to [her] about the case and develop a strategy" and therefore requests that the Court "extend the pretrial motions deadline." *Id.* at 1–2.

"The Court typically sets the pretrial motions deadline six weeks before trial." Dkt. No. 15 at 2. Any motions filed on Ms. Fleischacker's requested pretrial motions deadline of June 30, 2026 would be noted for July 13, 2026, only 21 days before her trial date of August 3, 2026, and only 11 days before the pretrial conference. This would not provide the Court with sufficient time to consider those motions prior to the pretrial conference. Therefore, the Court denies the requested deadline of June 30, 2026. However, the Court finds good cause to extend the pretrial motions deadline for a shorter period to June 23, 2026. *See* LCrR 12(c)(1).

For the foregoing reason, the Court GRANTS IN PART AND DENIES IN PART Ms. Fleischacker's motion, Dkt. No. 18. Ms. Fleischacker's pretrial motions are due June 23, 2026.

Dated this 3rd day of June, 2026.

Lauren King
United States District Judge

ORDER GRANTING IN PART DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS - 2